In re the MARRIAGE OF Doris Gordon LIBERMAN and Maurice Pierce Liberman.

Doris Gordon LIBERMAN, Petitioner/Respondent,

v.

Maurice Pierce LIBERMAN, Respondent/Appellant.

No. 69397.

Missouri Court of Appeals, Eastern District, Division Two.

Nov. 4, 1997.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 8, 1998.

Application for Transfer Denied Feb. 24, 1998.

Theodore S. Schechter, Michael L. Schechter, The Schechter Law Firm, P.C., Clayton, for respondent/appellant.

Steve Vossmeyer, Newburger & Vossmeyer, St. Louis, for petitioner/respondent.

Before CRANE, P.J., and RHODES RUSSELL and JAMES R. DOWD, JJ.

*ORDER*

PER CURIAM.

This is an appeal from a decree of dissolution of marriage. The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. Murphy v. Carron, 536 S.W.2d 30, 32 (Mo. banc 1976).

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).